No. 87–981. BEECH AIRCRAFT CORP. v. RAINEY ET AL.;
No. 87–1028. BEECH AEROSPACE SERVICES, INC. v. RAINEY ET AL.; and

No. 87–1146. Pratt & Whitney Canada Inc. v. Rainey et al. C. A. 11th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.